UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMERSON ELECTRIC, CO., <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES S. HOLMES and ASSET MANAGEMENT ASSOCIATES OF NEW YORK, INC., <br><br> Defendants. | 16 Civ. 1390 – LDW – SIL |

## DECLARATION OF BARRY M. KAZAN IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

BARRY M. KAZAN, pursuant to 28 U.S.C. Section 1746, declares as follows:

1. I am a partner at the law firm Thompson Hine LLP, counsel for Defendant Charles S. Holmes ("Holmes").

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition of James Switzer dated December 12, 2017.

3. Annexed hereto as Exhibit 2 is a true and correct copy of a Notice of Deposition to Testify to James Switzer dated April 26, 2017.

4. Annexed hereto as Exhibit 3 is a true and correct copy of a Notice of Rule 30(b)(6) Deposition of Plaintiff dated July 10, 2017.

5. Annexed hereto as Exhibit 4 is a true and correct copy of an Amended Notice of Rule 30(b)(6) Deposition of Plaintiff dated November 17, 2017.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Plaintiff's Third Request for Production of Documents dated February 10, 2017.

7.    Annexed hereto as Exhibit 6 is a true and correct copy of the First Request for Production of Documents by Charles S. Holmes dated November 22, 2016.

8.    Annexed hereto as Exhibit 7 is a true and correct copy of the First Set of Interrogatories by Charles S. Holmes dated November 22, 2016.

Dated: January 11, 2018

**THOMPSON HINE LLP**

By: _____
Barry Kazan, Esq.
335 Madison Avenue
12th Floor
New York, New York 10017-4611
Telephone: 212.908.3921
Fax: 212.344.6101

*Attorneys for Defendant Charles S. Holmes*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I cause the foregoing **DECLARATION OF BARRY M. KAZAN IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE** to be served via email and overnight delivery upon the following counsel:

SIMON + LESSER PC
Leonard F. Lesser, Esq.
355 Lexington Avenue, 10th Floor
New York, New York 10017
llesser@simonlesser.com

*Dwayne Lunde*
Dwayne Lunde

Dated: January 11, 2018

3